TEXAS LUMBER & LOAN CO. v. GREEN BROS. et al. (No. 6010.)

(Court of Civil Appeals of Texas. Austin. Feb. 26, 1919. Rehearing Denied April 9, 1919.)

Appeal from District Court, Falls County; W. A. Patrick, Judge.

Action between the Texas Lumber & Loan Company and Green Bros., garnishee, and others. From judgment therein, the Texas Lumber & Loan Company appeals. Judgment affirmed.

E. M. Dodson, of Rosebud, and Spivey, Bartlett & Carter, of Marlin, for appellant.

Walton D. Taylor, of Waco, for appellees.

KEY, C. J. This is a companion case to Texas Lumber & Loan Co. v. First National Bank of Rosebud, 209 S. W. 811, recently decided by this court. It was submitted to the trial court upon an agreed statement of facts similar to the facts involved in the case referred to, and, for the reasons given in that case, the judgment in this case is affirmed.

Affirmed.